**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSH BERGER, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>FORAGER PROJECT, LLC<br><br>          Defendant. | Case No. 2:17-cv-06302-LDW-SIL<br><br>**NOTICE OF APPEARANCE AS COUNSEL OF RECORD FOR DEFENDANT FORAGER PROJECT, LLC** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

I am admitted to practice in this court and I appear in this case as counsel of record for Defendant Forager Project, LLC.  All pleadings, notices, and other papers in this matter should be served upon:

> J. Noah Hagey, Esq.
> hagey@braunhagey.com
> BRAUNHAGEY & BORDEN LLP
> 7 Times Square, 27th Floor
> New York, NY 10036
> Tel./Fax:  (646) 829-9403

Dated: January 29, 2018

Respectfully Submitted,

By:    /s/ J. Noah Hagey
        J. Noah Hagey

J. Noah Hagey, Esq.
BraunHagey & Borden LLP
7 Times Square, 27th Floor
New York, NY 10036
Tel./Fax:  (646) 829-9403
hagey@braunhagey.com

*Attorneys for Defendant*
*Forager Project, LLC*