| | |
|---|---|
| United States District Court<br>Eastern District of New York | 2:17-cv-06302-RRM-SIL |
| Josh Berger individually and on behalf of all others similarly situated | |
| Plaintiff | |
| - against - | Notice of Voluntary Dismissal with Prejudice |
| Forager Project, LLC | |
| Defendant | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff gives notice this action is voluntarily dismissed, with prejudice.

Dated:   February 26, 2019

        Respectfully submitted,

        Sheehan & Associates, P.C.

        /s/Spencer Sheehan
        Spencer Sheehan
        EDNY Bar Number SS-8533
        505 Northern Blvd., Ste. 311
        Great Neck, NY 11021
        Tel:  (516) 303-0552
        Fax: (516) 234-7800
        spencer@spencersheehan.com

2:17-cv-06302-RRM-SIL
United States District Court
Eastern District of New York

Josh Berger individually and on behalf of all others similarly situated

Plaintiff

- against -

Forager Project, LLC

Defendant

## Notice of Voluntary Dismissal with Prejudice

Sheehan & Associates, P.C.
505 Northern Blvd., Ste. 311
Great Neck, NY 11021
Tel:  (516) 303-0552
Fax: (516) 234-7800
spencer@spencersheehan.com

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  February 26, 2019

/s/ Spencer Sheehan
Spencer Sheehan