# BRAUNHAGEY & BORDEN LLP

San Francisco & New York

**Matthew Borden, Esq.**
borden@braunhagey.com

February 26, 2019

<u>**VIA ECF**</u>

The Honorable Steven I. Locke
United States District Court
Eastern District of New York
944 Federal Plaza
Central Islip, NY 11722

   Re: <u>**Berger v. Forager Project, LLC, Case No. 2:17-cv-06302-RRM-SIL (E.D.N.Y.)**</u>

Your Honor:

  We represent Defendant Forager Project, LLC in the above captioned matter.

  In light of Plaintiff's Notice of Voluntary Dismissal with Prejudice filed earlier today (Dkt. 25), we write to respectfully inform the Court that counsel for Defendant Forager Project, LLC does not intend to appear at the case management conference previously scheduled for Wednesday, February 27, 2019 at 10:00 a.m. before Your Honor.

  We have informed Plaintiff's counsel that Defendant will not appear at the February 27 status conference in light of the dismissal.

          Respectfully Submitted,

          Matthew Borden

Cc: All Counsel of Record via ECF

**San Francisco**
351 California Street, 10th Floor
San Francisco, CA 94104
Tel. & Fax: (415) 599-0210

**New York**
7 Times Square, 27th Floor
New York, NY 10036-6524
Tel. & Fax: (646) 829-9403